USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
-v-                :   1: 20-cr-127-GHW-2
:
UMAR CREDLE,                       :   ORDER
:
Defendant.      :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of UMAR CREDLE, by and through his attorney, LISA SCOLARI, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JACOB H. GUTWILIG, Assistant United States Attorney, of counsel, it is hereby ORDERED that the conference in this matter scheduled for November 5, 2021 is adjourned to January 7, 2022 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through January 7, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 96.

SO ORDERED.

Dated: November 5, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge