**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2021
```

TEL. (212) 227-8899                                                                                         FAX (212) 964-2926

November 24, 2021

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**MEMORANDUM ENDORSED**

**Re: United States v. Umar Credle,**
19 Cr 451 (GHW)

Your Honor:

    I write to request assignment of new counsel for Mr. Credle pursuant to the Criminal Justice Act. Mr. Credle does not have confidence in my representation and our ability to communicate is irretrievably broken.

    As Mr. Credle should have counsel with whom he can work, I join his request. Mr. Credle is currently incarcerated in Essex County Jail and respectfully requests that he be permitted to participate remotely, if the Court directs a conference on this issue.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HONORABLE GREGORY H. WOODS

Application granted. The Court will hold a conference to discuss this issue on December 6, 2021 at 11:00 a.m. The conference will take place in person in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 98.

SO ORDERED.
Dated: November 26, 2021

_____
GREGORY H. WOODS
United States District Judge