```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :
                     -v-                                    :      1: 19-cr-451-GHW-1
                                                            :
  UMAR CREDLE,                                              :              ORDER
                                                            :
                              Defendant.                    :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2022

GREGORY H. WOODS, United States District Judge:

Upon the application of UMAR CREDLE, by and through his attorney, RICHARD PALMA, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JACOB H. GUTWILIG, Assistant United States Attorney, of counsel, it is hereby ORDERED that the conference in this matter scheduled for January 27, 2022 is adjourned to March 2, 2022 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through March 2, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 101.

SO ORDERED.

Dated:  January 26, 2022
        New York, New York

                                                  _____
                                                        GREGORY H. WOODS
                                                     United States District Judge