# MEMORANDUM ENDORSED

**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/4/2022
```

MEMBER OF THE BAR
NEW YORK

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

July 3, 2022

**ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re:     **U.S. v. Credle, 19 Cr. 451 (GHW)**
              **Defense request to advance Uma Credle's sentencing hearing to August 12, 2022, otherwise the defense requests that it be continued to August 24, 2022.**

Dear Judge Woods:

      With no objection by the Government, and with the consent of Mr. Umar Credle, I respectfully request that the August 17th sentencing hearing be advanced to Friday, August 12th. Otherwise, Mr. Credle has consented to the matter continued to Wednesday, August 24th.

      My request is based on a personal reason that the week of August 15th is the only week avaible to my family to schedule a vacation. For this reason, I am respectfully seeking to advance this matter to August 12th to avoid any "unnecessary delay" under Crim.R. 32(b)(1). However, in the event that Your Honor cannot accommodate us on this date, Mr. Credle has consented to the matter continued to Wednesday, August 24th.

      I bring to the Court's attention this is the first time that I have made a request to continue Mr. Credle's sentencing hearing. Attached is a proposed order for Your Honor's consideration.

      Finally, I apologize for any inconvenience this may cause the Court.

      Thank you.

                                       Respectfully submitted,
                                       s/Richard Palma
                                       Richard Palma

Encl.

Application granted. The sentencing hearing scheduled for August 17, 2022 is advanced to August 12, 2022 at 2:00 p.m. The defendant's sentencing submissions are due no later than July 29, 2022; the Government's sentencing submissions are due no later than August 5, 2022.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 112.
SO ORDERED.
Dated: July 4, 2022
New York, New York

                                    _____
                                    GREGORY H. WOODS
                                   United States District Judge